IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01929-TPO

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO; and
DENVER POLICE DEPARTMENT,

     Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 8, 2026.**

The above captioned case has been directly assigned to Magistrate Judge O'Hara pursuant to D.C.COLO.LCivR 40.1. The Parties shall complete and file the Magistrate Judge Consent Form [ECF 3] on or before **June 8, 2026.**

The Court notes that Plaintiff's sole cause of action is a legal challenge seeking declaratory and injunctive relief. ECF 1 ¶¶ 46-48. **Within 30 days** of counsel entering appearances on behalf of Defendants, the Parties shall confer and file a Joint Status Report stating whether the Parties anticipate the need to hold a Scheduling Conference in this matter.