**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-01929**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

      Defendants.

---

**ENTRY OF APPEARANCE**

---

Austin Artz hereby enters his appearance for Plaintiff, the United States of America.

DATED: May 8, 2026

Respectfully submitted:

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

*/s/ Patrick Todd*

_____

PATRICK TODD
Trial Attorney
Second Amendment Section

PATRICK TODD
AUSTIN ARTZ
Trial Attorneys
Second Amendment Section

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone:(202) 304-8447
E-Mail: barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA