**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  2026-cv-1929-TPO**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

      Defendants.

---

### NOTICE OF RELATED CASE

---

Plaintiff respectfully submits the following Notice of Related Case. *United States v. State of Colorado*, Case No. 2026-cv-1950-KAS, currently pending in this Court appears to fall within the definition of "related case" in D.C.COLO.LCivR 3.2(b). It has common facts and claims and a common party with this case, and these cases were filed on successive days by the same attorney.

DATED: May 11, 2026

Respectfully submitted:

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Barry K. Arrington*
BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

PATRICK TODD
AUSTIN ARTZ
Trial Attorneys
Second Amendment Section

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone:(202) 304-8447
E-Mail: barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA