IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01929-TPO

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

     Defendants.

_____

**ENTRY OF APPEARANCE**
_____

     William J. Taylor, Jr. hereby enters his appearance on behalf of Defendants the City and County of Denver, Colorado and the Denver Police Department. Mr. Taylor is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned.

     Respectfully submitted this 2nd day of June, 2026.

                          /s/ William J. Taylor, Jr.
                          William J. Taylor, Jr.
                          Everytown Law
                          450 Lexington Ave., P.O. Box 4184
                          New York, NY 10163
                          wtaylor@everytown.org
                          (646) 324-8215
                          *Attorney for Defendants*