## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:26-cv-01929**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

     Defendants.

---

### JOINT STATUS REPORT

---

Pursuant to the Court's Order dated May 8, 2026 (ECF 7), the Parties have met and conferred and are filing this Joint Status Report regarding whether the Parties anticipate the need to hold a scheduling conference.  Plaintiff believes a scheduling conference would be beneficial to the orderly administration of this matter.  Defendants have no objection to a scheduling conference, but they plan to file a motion to dismiss and believe that any scheduling conference should be held until after the Court resolves that motion.

DATED: June 30, 2026

Respectfully submitted:

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

*/s/ Patrick Todd*

_____
PATRICK TODD
Trial Attorney
Second Amendment Section
PATRICK TODD
AUSTIN ARTZ
Trial Attorneys
Second Amendment Section

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone:(202) 304-8447
E-Mail:  barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA