**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 26-cv-01929-SKC-TPO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

Defendants.

---

**JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

Plaintiff and Defendants submit this joint motion to extend the current July 23, 2026 deadline for Defendants to respond to Plaintiff's complaint to July 30, 2026. In support of their request, the parties state as follows:

1. Plaintiff filed its complaint on May 5, 2026 (ECF No. 1).

2. On June 2, 2026, Defendants moved to extend the deadline to respond to Plaintiff's complaint to July 23, 2026 (ECF No. 15). The Court granted Defendants' motion on June 4 (ECF No. 19).

3. On July 21, 2026, pursuant to SKC Civ. Practice Standard 7.1B and this Court's Standing Order for Civil Cases, counsel for all parties met

by videoconference to confer regarding Defendants' anticipated motion to dismiss Plaintiff's complaint.

4. The meeting was partially successful in narrowing the issues: Plaintiff's counsel stated in a follow-up email on July 21 that he had "decided to amend the complaint" and "it makes sense to do that before [Defendants] file [their] motion to dismiss."

5. Counsel for Plaintiff has prepared an unopposed motion to amend the complaint and is finalizing the proposed amended complaint.

6. Given that the current deadline for Defendants to respond to the complaint is today, July 23, 2026, the parties move jointly for an extension to the current deadline to July 30, 2026, as follows:

   a. Plaintiff will file its unopposed motion to amend the complaint, with its proposed amended complaint, on or before Monday, July 27, 2026.

   b. In the event that Plaintiff does not file its unopposed motion on or before July 27, or if the Court has not yet ruled on that motion by July 30, 2026, Defendants will file their motion to dismiss Plaintiff's original complaint (ECF No. 1) on July 30, 2026.

7. This is Defendants' second request for an extension of the deadline to file their response to Plaintiff's complaint. The requested extension will not affect any other currently set dates.

8. Counsel for Plaintiff and Defendants certify that they are providing a copy of this motion to their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, it is requested that the Court grant an extension of Defendants' deadline to respond to Plaintiff's complaint to Thursday, July 30, 2026.

Respectfully submitted this 23rd day of July, 2026.

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Barry K. Arrington*
BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

PATRICK TODD
AUSTIN ARTZ
Trial Attorneys
Second Amendment Section

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone:(202) 304-8447
E-Mail: barry.arrington@usdoj.gov

s/ William J. Taylor, Jr.
Janet Carter
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, P. O. Box 4184
New York, NY 10163
(646) 324-8215
jcarter@everytown.org
wtaylor@everytown.org

Michiko A. Brown
City Attorney
CITY AND COUNTY OF DENVER
201 W. Colfax, Dept. 1207
Denver, CO 80202
(303) 912-5813
michiko.brown@denvergov.org

Carey R. Dunne
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION GROUP
266 W. 37th Street, 20th Floor
New York, NY 10018
(917) 499-2279
carey@freeandfair.org
zack@freeandfair.org
martha@freeandfair.org

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23rd, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I further certify that on July 23rd, 2026, the foregoing was served on the following parties and/or their representatives via email, in compliance with D.C.COLO.LCivR 6.1(c):

DEFENDANTS
Via private email addresses sent by Defendants' counsel Taylor

s/ William J. Taylor, Jr.