**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 26-cv-01929-SKC-TPO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY**

---

Defendants submit this unopposed motion to request a 10-day extension of time, from September 14 to September 24, 2026, to file their reply in support of their Motion to Dismiss Plaintiff's Amended Complaint. *See* ECF No. 33. As good cause in support of their request, Defendants state:

1. Defendants conferred with Plaintiff's counsel concerning the relief requested in this motion, consistent with D.C.COLO.LCivR 7.1(a) and this Court's Standing Order for Civil Cases. Plaintiff's counsel states that Plaintiff does not oppose the requested relief.

2. Plaintiff filed its Amended Complaint on July 27, 2026. ECF No. 31. Defendants filed a dispositive motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on August 10, 2026, ECF No. 33, and Plaintiff filed an opposition on August 31, 2026, ECF No. 41. Under D.C.COLO.LCivR 7.1(d), Defendants' reply is due on September 14, 2026.

3. The Amended Complaint attempts to use 34 U.S.C. § 12601 in a novel manner to bring a facial challenge to a longstanding Denver municipal ordinance, originally enacted in 1989. It does not seek preliminary relief.

4. Defendants respectfully request a 10-day extension of time to September 24, 2026, to file a reply in support of their Motion to Dismiss and in response to Plaintiff's arguments in opposition.

5. Counsel for Defendants are working diligently to analyze and address Plaintiff's arguments in opposition and draft their reply. However, to allow Defendants time to complete the reply, circulate it among the necessary stakeholders for review, and fully present their arguments to the Court, they request this 10-day extension of time until September 24, 2026.

6. Neither Plaintiff nor the public will be harmed by a 10-day extension. Plaintiff does not oppose the request, and both the public and the Court will benefit from Defendants having this additional time to reply in full to Plaintiff's arguments.

7. This is Defendants' first request for an extension of time to file their reply in support of their motion to dismiss. Defendants previously sought, and

received, an extension of time to respond to Plaintiff's original complaint. ECF Nos. 15, 19. The parties then sought, and received, a joint extension of time for Plaintiff to amend its complaint and for Defendant to file its response. ECF Nos. 27, 28. The requested extension will not affect any other currently set dates.

8. This Court recently granted an identical, 10-day extension of time for a reply in support of a motion to dismiss to the defendants in *United States v. Colorado*, a case involving a similar attempted use of Section 12601 to challenge a state law restricting large-capacity magazines. *See* No. 1:26-cv-01950-SKC-TPO, ECF Nos. 34, 35.

9. Under D.C.COLO.LCivR 6.1(c) and SKC Civ. Practice Standard 6.1A(c), counsel for Defendants is serving a copy of this motion on their clients.

WHEREFORE, it is requested that the Court grant an extension of Defendants' deadline to file a reply in support of their motion to dismiss to September 24, 2026.

Respectfully submitted this 1st day of September, 2026.

s/ William J. Taylor, Jr.
Janet Carter
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, P. O. Box 4184
New York, NY 10163
(646) 324-8215
jcarter@everytown.org
wtaylor@everytown.org

Michiko A. Brown
City Attorney
CITY AND COUNTY OF DENVER
201 W. Colfax, Dept. 1207
Denver, CO 80202
(303) 912-5813
michiko.brown@denvergov.org

Carey R. Dunne
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION
GROUP, INC.
266 West 37th Street, 20th Fl.
New York, NY 10018
(646) 434-8604
carey@freeandfair.org
zack@freeandfair.org
martha@freeandfair.org

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1st, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I further certify that on September 1st, 2026, the foregoing was served on Defendants via private emails sent by undersigned counsel, in compliance with D.C.COLO.LCivR 6.1(c) and SKC Civ. Practice Standard 6.1A(c).

s/ William J. Taylor, Jr.
William J. Taylor, Jr.