**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 26-cv-01929-SKC-TPO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR PAGE EXTENSION TO FILE REPLY**

---

Pursuant to SKC Civ. Practice Standard 10.1(c)(5), Defendants move for a 10-page extension to file a 20-page reply to address arguments in Plaintiff's 29-page Response in Opposition to Defendants' Motion to Dismiss. Plaintiff does not object to the requested relief. As good cause in support of their request, Defendants state:

1. In this lawsuit, Plaintiff claims that Denver's ordinance restricting assault weapons and large capacity magazines violates the Second Amendment and seeks to enjoin enforcement of the ordinance. *See* ECF No. 31 (Amended Complaint), ¶¶ 7, 8, 52, 57. In their motion to dismiss, Defendants argue that Plaintiff lacks standing, that its claims are not cognizable under 34 U.S.C. § 12601,

and that the Amended Complaint fails to plausibly allege enough facts to support the lawsuit. *See* ECF No. 33.

2. Plaintiff's response in opposition to Defendants' motion to dismiss raises arguments in opposition to Defendants' motion to dismiss. *See* ECF No. 41.

3. Defendants are endeavoring to address Plaintiff's response as efficiently and concisely as possible. To fully respond to Plaintiff's arguments, and given the novelty of the underlying claims, Defendants respectfully request a 10-page extension of the normal length limitations so they can file a 20-page reply in support of their motion to dismiss.

4. Defendants conferred with counsel for Plaintiff who stated that Plaintiff does not object to the requested relief.

5. The Court previously granted the parties a 15-page extension for their principal briefs, allowing Defendants leave to file a 30-page motion to dismiss and Plaintiff leave to file a 30-page response to the motion. ECF Nos. 22, 23.

6. The Court also recently granted an identical, 10-page extension for a reply in support of a motion to dismiss to the Defendants in *United States v. Colorado*, a case involving a similar attempted use of Section 12601 to challenge a state law restricting large-capacity magazines. *See* No. 1:26-cv-01950-SKC-TPO, ECF Nos. 36, 37.

7. For good cause shown, the Court should grant Defendants' motion, permitting Defendants to file a 20-page reply in support of their motion to dismiss.

WHEREFORE, it is requested that the Court grant Defendants a 10-page extension and permit them to file a 20-page reply in support of their motion to dismiss.

Respectfully submitted this 1st day of September, 2026.

s/ William J. Taylor, Jr.
Janet Carter
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8215
jcarter@everytown.org
wtaylor@everytown.org

Michiko A. Brown
City Attorney
CITY AND COUNTY OF DENVER
201 W. Colfax, Dept. 1207
Denver, CO 80202
(303) 912-5813
michiko.brown@denvergov.org

Carey R. Dunne
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION GROUP, INC.
266 West 37th Street, 20th Fl.
New York, NY 10018
(646) 434-8604
carey@freeandfair.org
zack@freeandfair.org
martha@freeandfair.org

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1st, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ William J. Taylor, Jr.
William J. Taylor, Jr.