**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 26-cv-01929-SKC-TPO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

Defendants.

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Plaintiff United States of America submits this Notice of Supplemental Authority to alert the Court to a recent Order in *United States of America v. Los Angeles County Sherrif's Department*, 2:25-cv-09323-SPG-ADS (D. Cal. Sept. 23, 2026), attached hereto as Exhibit A.

This decision is relevant to the pending Rule 12 motion in this case as it demonstrates that federal courts have subject-matter jurisdiction over Second Amendment claims under 34 U.S.C. § 12601. Although this was a consent decree, by issuing an order to enforce the consent decree, the district court has demonstrated that it has subject-matter jurisdiction over Second Amendment claims under 34 U.S.C. § 1260. *See Am. Fire & Cas. Co. v. Finn*, 341 U.S. 6, 16-19 (1950) (holding that parties cannot stipulate to subject-matter jurisdiction and vacating the district court's judgment); *Loc. No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525 (1986) (holding that "… a consent decree must spring from and serve to resolve a dispute within the court's subject-matter jurisdiction."); *see also* Fed. R. Civ. P. 12(h)(3).

DATED: September 25, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Patrick Todd*
PATRICK TODD
Trial Attorney
Second Amendment Section

BARRY K. ARRINGTON
Chief
Second Amendment Section

PATRICK TODD
AUSTIN ARTZ
Trial Attorneys
Second Amendment Section

United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 805-8120
E-Mail: patrick.todd@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Patrick Todd*

______________________
Patrick Todd