**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 26-cv-01929-SKC-TPO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

Defendants.

---

**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**

---

Plaintiff United States of America submits this Response in Opposition to Defendants' Motion to Stay Discovery. Plaintiff cites to its Opposition to Defendants' Motion to Stay Discovery in *United States of America v. State of Colorado, et al.*, Case no. 1:26-cv-01950-SKC-TPO (D. Colo), ECF no. 41, and adopts and incorporates by reference its arguments therein.

DATED: October 8, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Patrick Todd*
PATRICK TODD
Trial Attorney
Second Amendment Section

BARRY K. ARRINGTON
Chief
Second Amendment Section

PATRICK TODD
AUSTIN ARTZ
Trial Attorneys
Second Amendment Section

United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 805-8120
E-Mail: patrick.todd@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Patrick Todd*

Patrick Todd