**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-01929-SKC-TPO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
DENVER POLICE DEPARTMENT,

Defendants.

---

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**

---

Defendants the City and County of Denver, Colorado and the Denver Police Department (collectively, "Denver") submit this reply in support of their motion to stay discovery pending resolution of Denver's motion to dismiss. Dkt. 50. Given the truncated nature of the United States's opposition—which merely cites to its opposition to a similar motion to stay discovery brought by defendants the State of Colorado and the Colorado Department of Public Safety (collectively, the "*Colorado* defendants") in *United States v. Colorado*, No. 1:26-cv-01950-SKC-TPO (D. Colo.), "and adopts and incorporates by reference its arguments therein," *see* Dkt. 53—Denver does not repeat here all the arguments supporting a discovery stay in this case. Rather, Denver simply reiterates the arguments already set out in its motion

to stay discovery, *see* Dkt. 50, and adopts and incorporates by reference the arguments in the *Colorado* defendants' reply, *see* Defs.' Reply Supp. Mot. Stay Discovery, *United States v. Colorado*, No. 1:26-cv-01950-SKC-TPO (D. Colo. Aug. 28, 2026), Dkt. 42.

Accordingly, for these reasons and those set forth in Denver's motion, the Court should grant this motion and stay all discovery in this case pending resolution of Denver's motion to dismiss.

Dated: October 13, 2026

Respectfully submitted,

s/ William J. Taylor, Jr.
Janet Carter
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10163
(646) 324-8215
jcarter@everytown.org
wtaylor@everytown.org

Michiko A. Brown
City Attorney
CITY AND COUNTY OF DENVER
201 West Colfax Avenue
Suite 1207
Denver, CO 80202
(303) 912-5813
michiko.brown@denvergov.org

Carey R. Dunne
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION
GROUP, INC.

266 West 37th Street, 20th Fl.
New York, NY 10018
(646) 434-8604
carey@freeandfair.org
zack@freeandfair.org
martha@freeandfair.org

## CERTIFICATE AS TO ARTIFICIAL INTELLIGENCE USAGE

I hereby certify that no portion of this filing was drafted by Artificial Intelligence.

Dated: October 13, 2026

s/ William J. Taylor, Jr.
William J. Taylor, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I served a true and complete copy of the foregoing DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY upon all parties herein by e-filing with the CM/ECF system maintained by the Court, which will send notification of such filing to the parties of record.

Dated: October 13, 2026

s/ William J. Taylor, Jr.
William J. Taylor, Jr.